## UHL *v.* FAAS.

APPEAL—REVIEW.

A decree dismissing a foreclosure bill, on the ground that defendants had established their claim of payment, was affirmed upon a review of the evidence.

Appeal from Monroe; Kinne, J. Submitted October 13, 1897. Decided December 21, 1897.

Bill by Fredrika Uhl, executrix of the last will and testament of John Uhl, deceased, against Margaret Faas and Christian Faas, to foreclose a mortgage. From a decree dismissing the bill, complainant appeals. Affirmed.

*Willis Baldwin* (*William Look*, of counsel), for complainant.

*Landon & Lockwood*, for defendants.

PER CURIAM. This is a proceeding to foreclose a mortgage of $150, and turns upon a question of payment.

It is purely a question of fact, and we are of the opinion that the evidence of the defendants overbalances that of the complainant. A discussion of the evidence is unnecessary.

The decree is affirmed, with costs.